```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
```

UNITED STATES OF AMERICA

v.                                      No. 4:06CR00021 GTE

GREGORY SHANE TAYLOR

### FINAL ORDER OF FORFEITURE

WHEREAS, on January 25, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit:

- (1) One HP Deskjet 610 Printer;
- (2) One Packard Bell Computer Monitor;
- (3) One HP Computer 5002-5935, Serial Number US90751820 and accompanying modem, mouse and keyboard.

and

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, notice was sent to William Taylor, brother of the defendant; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant Gregory Shane Taylor had an interest in the property that is subject to forfeiture pursuant to Title 18 U. S. C. Section 2253(a);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the assets described as:

    (1)  One HP Deskjet 610 Printer;
    (2)  One Packard Bell Computer Monitor;
    (3)  One HP Computer 5002-5935, Serial Number US90751820 and accompanying modem, mouse and keyboard.

are hereby forfeited to the United States of America pursuant to Title 18, United States Code, § 2253(m)(7).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

SO ORDERED this 21st day of June, 2006.

                                            _/s/ Garnett Thomas Eisele_____
                                            UNITED STATES DISTRICT JUDGE